UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| O.F. MOSSBERG & SONS, INC. | : | |
| | : | Case No. 12-CV-00198-VAB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TIMNEY TRIGGERS, LLC, and | : | |
| TIMNEY MANUFACTURING, INC. | : | |
| | : | |
| Defendants. | : | OCTOBER 18, 2017 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff O.F. Mossberg & Sons, Inc. ("Plaintiff") dismisses the above-captioned action <u>without</u> prejudice. The Plaintiff filed a complaint on February 7, 2012 and an amended complaint on May 30, 2012. On October 12, 2012, the court granted the defendants' Motion to Stay. To date, the defendants have not filed an answer or a motion for summary judgment.

          PLAINTIFF,
          O.F. MOSSBERG & SONS, INC.


          By: /s/ Dominic Fulco III
              Dominic Fulco III (ct06494)
              Mary Mintel Miller (ct28994)
              REID AND RIEGE, P.C.
              One Financial Plaza, 21st Floor
              Hartford, CT  06103
              Tel:  (860) 240-1031
              Fax: (860) 240-1002
              dfulco@rrlawpc.com
              mmiller@rrlawpc.com

By: /s/ Donald S. Holland
Donald S. Holland
Holland & Bonzagni
171 Dwight Road
Longmeadow, MA 01106
Tel: (413) 567-2076
Fax: (413) 567-2079
Email: dsh@hblaw.org

**CERTIFICATION**

I certify that on October 18, 2017, a copy of the foregoing notice of dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's system.

/s/ Dominic Fulco III
Dominic Fulco III

./676293.1